## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 09-144-P-H** |
| ) | |
| **JAMES RAYMOND,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER ON DEFENDANT'S MOTION FOR DISCOVERY

The Motion for Discovery is **GRANTED**. The government shall make a more complete disclosure under Fed. R. Crim. P. 16(a)(1)(G) of what the proffered expert's testimony will be.

Like the defendant's lawyer, I cannot tell from the government's disclosure what the proffered expert witness will testify, and I do not believe that I should have to read his books and his testimony in other trials to find out. In order for me to make the relevance and reliability determinations required by <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993), (as well as the scientific determinations) at the upcoming hearing on the motion in limine, I need to know what Mr. Lanning's testimony will be in *this* trial that relates to the conduct of *this* defendant or the alleged victim in *this* case.

**SO ORDERED.**

**DATED THIS 23RD DAY OF FEBRUARY, 2010**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**