1           UNITED STATES DISTRICT COURT

2                DISTRICT OF MAINE

3    _____

4    UNITED STATES OF AMERICA,          CRIMINAL ACTION

5             Plaintiff          Docket No:  09-144-P-H

6

7        -versus-                    **E X C E R P T**

8                                   **Grace Mortimer**

9    JAMES RAYMOND,

10            Defendant
     _____

11              Transcript of Proceedings

12

13   Pursuant to notice, the above-entitled matter came on
     for **TRIAL** held before **THE HONORABLE D. BROCK HORNBY,**
14   United States District Court Judge, in the United
     States District Court, Edward T. Gignoux Courthouse,
15   156 Federal Street, Portland, Maine on the 22nd day of
     April, 2010 at 10:03 AM as follows:

16

17   Appearances:

18   For the Government: Craig M. Wolff, Esquire
                         Assistant United States Attorney
19
     For the Defendant:  Richard L. Hartley, Esquire
20

21

22

23              Dennis R. Ford
              Official Court Reporter
24
        (Prepared from manual stenography and
25          computer aided transcription)

```
 1              (THE FOLLOWING IS AN EXCERPT)
 2              MR. WOLFF:  With that, Your Honor, the
 3    Government does call Grace Mortimer to the stand.
 4              THE COURT:  Please follow the brass rail and
 5    come all of the way forward, ma'am.  Please come right
 6    up here where the chair is.  Please remain standing
 7    while the clerk swears you.
 8              THE CLERK:  Please raise your right hand.  Do
 9    you solemnly swear that the testimony you will give in
10    the cause now in hearing will be the truth, the whole
11    truth, and nothing but the truth, so help you God?
12              THE WITNESS:  Yes, I do.
13              THE CLERK:  Thank you.  Please be seated.
14    Please pull yourself right up to that microphone.
15    State your name and spell your last name for the
16    record.
17              THE WITNESS:  Grace Mortimer, M-o-r-t-i-m-e-r
18              THE COURT:  Go ahead, Mr. Wolff.
19              MR. WOLFF:  Thank you, Your Honor.
20                   DIRECT EXAMINATION
21    BY MR. WOLFF:
22    Q    Ms. Mortimer, where do you live, what town do you
23    live in?
24    A    Auburn, Maine.
25    Q    And who do you live with?
```

```
 1    A     My four children.  Five children.

 2    Q     And how many girls, how many boys?

 3    A     Three girls, two boys.

 4    Q     And what are the -- what's the age range, what's

 5    the oldest and what's the youngest?

 6    A     Um, I have a 20 year old and down to 7 years old.

 7    Q     Ms. Mortimer, you are a single parent; is that

 8    right?

 9    A     Yes.

10    Q     Do you get any help in terms of dealing with your

11    kids from anybody?

12    A     A case worker, counselors, that kind of thing.

13    Q     Ms. Mortimer, is it correct that at times, you've

14    had trouble with alcohol?

15    A     Yes.

16    Q     And you're a recovering alcoholic?

17    A     Yes.

18    Q     I'm going to be asking you some questions today

19    about events that took place back in 2007.  Were you

20    drinking at that time in 2007?

21    A     I don't know.

22    Q     I'm sorry?

23    A     No.

24    Q     You did at some point have a relapse; is that

25    right?
```

1    A    Yes.

2    Q    When did that take place?

3    A    Quite a few years ago.  I can't recollect the

4    time.

5    Q    Would it sound -- if I told you that it may have

6    taken place in early 2009, does that sound right to

7    you?

8    A    Correct.

9    Q    And did you go into treatment as a result of that?

10   A    Yes, I did.

11   Q    Have you -- are you drinking alcohol now?

12   A    No.

13   Q    You are taking prescription medication; is that

14   right?

15   A    Yes, I am and I see a doctor monthly.

16   Q    And what is that medication for?

17   A    Panic attacks.

18   Q    Panic attacks?  And are you taking the amounts

19   that you're supposed to take as prescribed?

20   A    Yes, I am.

21   Q    Does that medication, does it affect your ability

22   to perceive things around you, to see and think

23   clearly?

24   A    No.

25   Q    Does it affect your ability to speak clearly?

```
 1   A     Only if you take too much.  I follow directions.

 2   Q     Is it the case that in 2007, you pleaded guilty to

 3   a misdemeanor theft charge?

 4   A     Yes.

 5   Q     And that was under what's called a deferred

 6   disposition agreement; is that right?

 7   A     Right.

 8   Q     And did you eventually pay some restitution?

 9   A     Yes.

10   Q     And was there any further punishment as a result

11   of that?

12   A     No.  I stayed out of trouble all -- pretty much

13   all the time.

14   Q     Just for the benefit of the Court and for the

15   court reporter, if you can just try to speak right into

16   that microphone so everybody can pick up what you're

17   saying.

18         Ms. Mortimer, I want to ask you some questions

19   today mostly about your daughter HXXXXX.  What grade is

20   she in now?

21   A     Eighth.

22   Q     Where does she go to school?

23   A     Auburn Middle.

24   Q     And before that, had she gone to Park Avenue

25   school?
```

```
1    A     Yes, she did.

2    Q     Did you have an occasion when she was going to

3    Park Avenue to meet the defendant, Mr. Raymond?

4    A     Yes.  Um, she started fifth grade and she loved

5    chorus at the beginning of the year.  Toward the middle

6    of the year, she wasn't happy with it whatsoever.

7    Q     Did you personally meet with Mr. Raymond over the

8    course of the year when your daughter HXXXXX was taking

9    classes with him?

10   A     Not one-on-one.

11   Q     And you said -- and you sort of anticipated my

12   next question, in addition to music, she also

13   participate in chorus; is that right?

14   A     Right.

15   Q     Do you recall what year, what grade she did chorus

16   in?

17   A     Fifth.

18   Q     Do you recall that at the end of that year, there

19   was a chorus trip?

20   A     Yes.

21   Q     Do you recall where that trip went?

22   A     Canobie Lake.  I can remember that she

23   discontinued chorus at that time.  She wasn't -- she

24   was skipping a lot of classes at that time.

25   Q     At the time, at the time of the chorus trip?
```

```
 1    A      Um hum.

 2    Q      Um, and did HXXXXX attend that chorus trip?

 3    A      Yes, she did.

 4    Q      Did you -- after the school year ended, that

 5    summer of 2007, did you have any contact with the

 6    defendant, Mr. Raymond?

 7    A      Yes.

 8    Q      Did you have any in-person contact with him?

 9    A      Mostly on the phone.

10    Q      Was there a time around July 4th that you saw him?

11    A      Actually yeah.

12    Q      Where did that -- I'm sorry, and where did that

13    take place?

14    A      Um, we was at the fireworks, down at the plaza.

15    Q      At the plaza in Auburn?

16    A      Yes.

17    Q      And did you actually speak personally with Mr.

18    Raymond?

19    A      Yeah.  They were both on the cell phone at the

20    same time.

21    Q      So he was on his cell phone at the same time?

22    A      Yes.

23    Q      How long did that conversation last?

24    A      He is -- he speaks a lot, but eventually went

25    away.
```

1    Q    Do you have any sense of how long you spoke with

2    him?

3    A    Around 15 minutes.

4    Q    During that conversation, was anything said about

5    Mr. Raymond taking your daughters on a trip to Canobie

6    Lake?

7    A    No.

8    Q    Did you at a later date receive a phone call from

9    him?

10   A    Yes.

11   Q    And at that time, was there some discussion about

12   him taking your daughters to Canobie Lake?

13   A    Yes.

14   Q    Had your daughters or any of your kids ever had

15   the opportunity to go to Canobie Lake?

16   A    No.

17   Q    What is your -- what was your telephone number

18   then?

19   A    The same as it is now, 333-3075.

20   Q    333-3075, and is that the number that he called?

21   A    Yes.

22   Q    Do you have a sense of how many times you talked

23   to Mr. Raymond on the phone over the course of that

24   summer?

25   A    Quite a few times.  Enough so I got suspicious and

1    it was quite annoying.  It was to the point where

2    enough's enough.

3    Q    What did you talk about when he called?

4    A    Um, first time he called me, he said that his

5    parents had passed away and left him a large amount of

6    money.  He had zero bills.  He selected a few children

7    that didn't have much money to go to do activities as a

8    group which would be accompanied by another -- adult

9    supervision.

10   Q    And did he, when he spoke with you, did he tell

11   you who that other adult was going to be?

12   A    Yes, his brother.

13   Q    Did he mention who any of the other kids would be?

14   A    No.  He just made sure that I wouldn't say nothing

15   to anybody because he didn't want the other students

16   getting jealous.

17   Q    That's what he said?

18   A    Yes.

19   Q    When you raised the possibility of going on these

20   trips, which of your daughters did he say he wanted to

21   take the trip with?

22   A    He wanted both my daughters, which kind of

23   confused me because CXXXXXX was not in chorus.

24   Q    So had CXXXXXX ever had him as a student in music

25   class, to your knowledge?

1    A    Not to my knowledge.

2    Q    And how much -- what's the age difference between

3    HXXXXX and CXXXXXX?

4    A    They're not far apart, not at all.  Um, HXXXXX is

5    15, CXXXXXX'X 12, but it was about a two-year span.

6    Q    Okay.  You said that he had talked about he had

7    this money and he was doing these things for families

8    who didn't have money.  It is the case that at that

9    point, you did not have money?

10   A    With five kids, yeah.

11   Q    And what was your feeling about what he was

12   proposing?

13   A    Well, I thought I would discuss it with my girls

14   to see how comfortable they felt with him and made a

15   family -- you know, all three of us discussion and they

16   were -- they seemed fine with it.

17   Q    Did they seem excited about going?

18   A    Yes, the first time.

19   Q    What did he -- did you discuss when he was going

20   to be coming by to pick up the girls?

21   A    Very early in the morning.  Like 7:30, 8:00, maybe

22   even earlier.

23   Q    Did you have, at that point, did you know where he

24   lived, where Mr. Raymond lived?

25   A    I still have no idea.

1   Q     Do you at this point recall what date it was that

2   that first trip took place?

3   A     It was early in the summer.  I would say the first

4   month of the summer, mid-summer, mid-month of the first

5   summer.

6   Q     Do you recall a specific date?

7   A     No.

8   Q     Is there anything that might help refresh your

9   recollection?  Did you keep any sort of planner or

10  calendar around that time?

11  A     Yes, I did, but I didn't bring that with me

12  either.

13  Q     Let me show you what I've marked as Government's

14  Exhibit 8.

15        MR. WOLFF:  Your Honor, may I approach?

16        THE COURT:  Yes.

17  BY MR. WOLFF:

18  Q     Ms. Mortimer, I'm handing you what's been marked

19  for identification as Government's Exhibit 8.  Can you

20  tell me what that is?  Do you recognize that?

21  A     Yes, that's, um, my planner.

22  Q     If you could take a look at that.  Look at it

23  yourself without reading it out loud and let me no when

24  you're done with that.

25  A     I'm not really sure what day it is.

Q    Well, let me just ask the questions so you can
respond to it.  Is there anything -- does that help
refresh your recollection as to the date of the trip or
no?

A    Yes.

Q    Okay.

A    Yes, it does.

Q    Can you put that aside.  Can you tell me now what
date that was, the first trip?

A    The 14th.

Q    14th of which month?

A    I would say the month after school ends in April.

Q    Ms. Mortimer, is it fair to say that -- beyond --
let me just -- beyond what's actually printed on those
pages, do you have your own recollection of what that
date was?

A    No because I was harassed at a point.

Q    Well, let's just stick with what I'm asking.  The
document that's in your hand, was your memory of those
dates clearer at the time that you wrote what was in
that day planner?

A    Yes.

Q    And did you personally write down the dates of the
trips?

A    Yes.

```
1    Q      Did you write down those dates when they were

2    fresh in your mind?

3    A      Yes.

4           MR. WOLFF:   Your Honor, at this point I would

5    ask to be able to read the information on that --

6    that's in that document as past recollection recorded.

7           THE COURT:   Counsel, if it's just the date, I

8    thought there was no disputes about the date.

9           MR. WOLFF:   Well, Your Honor, there is no

10   dispute, and if we can handle it that way, that's fine

11   as well.

12          THE COURT:   Well.  There is no dispute about

13   the date; is that correct, Mr. Hartley?

14          MR. HARTLEY:   No.

15          THE COURT:   It's not correct or there is no

16   dispute?

17          MR. HARTLEY:   No, there is no dispute.

18          THE COURT:   Thank you.

19          MR. WOLFF:   Sorry.  I could have handled that

20   better, Your Honor.  That's fine.  I won't need to

21   pursue it then.

22   BY MR. WOLFF:

23   Q    So Ms. Mortimer, you can put that aside and we

24   will continue.  So the morning of the trip, the first

25   trip, did he arrive at the time that he told you he
```

1    would?

2    A    Yes, he did.

3    Q    Was there anybody else with him when he arrived?

4    A    Absolutely none.

5    Q    Was there -- did you have any discussion with him

6    about why there wasn't any other adults with him?

7    A    Um, it was under my assumption that my kids would

8    first be picked up.

9    Q    Okay, but did you have any discussions with him at

10   that point about whether there were going to be other

11   adults coming?

12   A    Yes.

13   Q    And what did he say to you?

14   A    His big brother would -- I mean his big brother,

15   his brother was supposed to be accompanying him and

16   it's two adults supervising a small amount of children.

17   Q    Did, um --

18   A    And he was just like running around with like a --

19   Q    Okay.

20   A    It was kind of hard to talk, like me and you are

21   right now.

22   Q    Did HXXXXX and CXXXXXX go with him?

23   A    Yes, they did.

24   Q    Did you speak at all with either of your daughters

25   at any point later that day?

```
 1    A      Yes, I did.  It was much later.

 2    Q      Okay.  When was it?

 3    A      It was in the evening.

 4    Q      Okay.

 5    A      Late evening.

 6    Q      Now --

 7    A      I assume it was closer to when they were

 8    returning.

 9    Q      And who did -- do you recall with whom you spoke?

10    A      HXXXXX and CXXXXXX.  HXXXXX called first and then

11    I asked to speak to CXXXXXX to make sure she was okay.

12    Q      Did you know where they were when they were

13    calling?

14    A      On their way back.

15    Q      Do you know -- can you tell what phone they were

16    using?

17    A      A cell phone.  They were in a vehicle, I could

18    tell.

19    Q      And did everything -- from your call, did

20    everything seem okay?

21    A      They seemed to.  That's why I spoke to both girls.

22    Q      What -- do you recall what time, approximately,

23    they got back that evening?

24    A      Um, I remember him telling me that he can't be

25    late because it doesn't stay open as late as it did and
```

1    it wasn't until like 12:30 and I was in a panic.  It

2    was 12:30, 1 o'clock in the morning before they even

3    returned.

4    Q    Okay.  Without getting into specifics of what

5    anybody told you, from your conversations with HXXXXX

6    and CXXXXXX, did you have any concerns at that point in

7    time?  Were you worried at all about what had happened

8    at that time?

9    A    Yes.  I asked a lot of questions, but mostly the

10   kids just talked about rides.  They didn't mention much

11   about Mr. Raymond, just the rides.

12   Q    So at that point, did they appear to have had a

13   good time?

14   A    Yeah.

15   Q    Did you, did Mr. Raymond later call you about that

16   first trip?

17   A    Twice.

18   Q    Okay.

19   A    Two different times.

20   Q    And that was on the phone?

21   A    Yes.

22   Q    And was there at a later date a discussion about a

23   possibility of a second trip?

24   A    Yes, there was.

25   Q    Did you speak directly with Mr. Raymond about

```
 1    that?

 2    A    Yes, I did.

 3    Q    Can you tell us what did he say about the

 4    possibility of this second trip to Canobie Lake?

 5    A    He said once a year that him and a bunch of buds,

 6    um, trip together and they planned to go to Canobie

 7    Lake and that he wanted -- he goes don't get upset or

 8    don't tell the girls, but if it falls through, I would

 9    like to take them again.

10    Q    Okay.

11    A    I would also like to make a statement that --

12              THE COURT:   No.   No, wait for a question.

13    BY MR. WOLFF:

14    Q    Just go ahead and answer my questions.  So, just

15    to make sure I got it correctly, he had talked about a

16    trip with some buddies or friends; is that right?  Is

17    that correct?

18    A    Yes.

19    Q    But that he wanted to have the girls as a backup

20    plan; is that accurate?

21    A    Yes, correct.

22    Q    Did you have a later conversation with him about

23    that?

24    A    The very next day he said everything fell through.

25    Q    And he wanted to take HXXXXX and CXXXXXX again?
```

1    You have to answer.

2    A    Yes.

3    Q    Did you speak with the girls about it?  Did you

4    talk with the girls then?

5    A    Yes, I did.  I asked them how they felt about it,

6    if they felt safe or not.

7    Q    Did they appear to be okay about going?

8    A    At that time, yes.

9    Q    What time of day was it that he picked them up for

10   the second trip?

11   A    Once again, bright and early.

12   Q    Did you have -- had you had any conversations with

13   him about whether any other adults were going to be

14   going on this second trip?

15   A    Yes.  There was always supposed to be supervision.

16   Q    Did he tell you who it was that was supposed to

17   go?

18   A    His brother.

19   Q    So it was his brother both times, as far as you

20   recall?

21   A    Yes.

22   Q    When he arrived at your house that morning, was

23   there any other adult with him?

24   A    No.

25   Q    Did you have any discussion with him about where

```
 1    other adults were?

 2    A    I didn't have time.  He dropped the kids off and

 3    left quickly.

 4    Q    Did you speak with the girls at all that evening

 5    or later that day?

 6    A    Well, I at first thought there was a message

 7    really late, but the next morning, yes.

 8    Q    I'm sorry, did you speak with them that evening at

 9    all on their way back or at any time during the day

10    trip?

11    A    Oh, you mean on the phone?  Yes.  Yes, I talked to

12    HXXXXX.  CXXXXXX was in the back of the car sleeping.

13    Q    Did you at any point speak with Mr. Raymond about

14    the girls having gone to his house?

15    A    That was never mentioned until I got a phone call.

16    Q    Until you got a phone call?  From whom?

17    A    My daughter told me that --

18    Q    Let me just -- so who was the call from?

19    A    HXXXXX.

20    Q    Do you recall that -- we've obviously met

21    previously and talked about this case; is that right?

22    A    Yes.

23    Q    Do you recall ever telling me that at some point,

24    you did have a discussion with Mr. Raymond about the

25    fact that he had brought the girls back to his house;
```

```
1    is that something you recall?

2    A    I don't understand the question.

3    Q    Okay.  Do you recall ever having a discussion with

4    Mr. Raymond about the fact that he had brought the

5    girls to his house?

6    A    It was to my understanding that he was not

7    supposed to bring them to his house at all.

8    Q    So did you ever have that discussion with him?

9    A    No.

10   Q    But you said you may have had discussions with

11   somebody else at a later date?

12   A    Yes.

13   Q    After that second trip to Canobie Lake, did you

14   have any further contact with Mr. Raymond during that

15   summer?

16   A    Constantly.  He called constantly.

17   Q    Do you know where he was calling from?

18   A    I have no idea.

19   Q    Did you at some point learn that Mr. Raymond had

20   been arrested?

21   A    Yes.

22   Q    Did you also at some point have a conversation

23   with HXXXXXX'X friend TXXXXX?

24   A    Yes.

25   Q    Do you know or did that conversation with TXXXXX
```

1    take place before or after you learned of Mr. Raymond's

2    arrest; as you recall?

3    A    She was the one that actually made me aware of the

4    fact --

5            MR. HARTLEY:  Objection, Your Honor.

6    Q    But do you recall --

7            THE COURT:  Just a moment.

8            MR. WOLFF:  I'm sorry.

9            THE COURT:  Are you withdrawing it or what?

10   There is an objection to --

11           MR. HARTLEY:  There is an objection to the

12   answer.

13           MR. WOLFF:  And I will ask the question again.

14           THE COURT:  All right.  The answer is

15   stricken.  Go ahead and ask it again.

16   BY MR. WOLFF:

17   Q    Ms. Mortimer, just if you can recall, did that

18   conversation with TXXXXX take place before or after you

19   learned about Mr. Raymond's arrest?

20   A    Before.

21   Q    Did you, around that time, get a call from Mr.

22   Raymond?

23   A    Yes.

24   Q    When did that -- when did that take place?

25   A    The following morning.

1    Q    What time of day was it; do you recall?

2    A    About 8:30 approximately.

3    Q    What do you recall about what he said during that

4    phone call?

5    A    He told me that he was advised not to speak with

6    me.  He questioned me what my girls had talked to me

7    about, and he was pretty persistent on what they had

8    discussed with me about him, and he also said that he

9    was very -- he was a very outstanding citizen, and that

10   he was looking for people to back him up.

11   Q    Did he also tell you that nothing had happened on

12   the trips to Canobie Lake Park?

13   A    Correct.

14   Q    Now, you said a moment ago that you felt the call

15   took place around 8:30; was that right?

16        Do you recall doing a written statement the

17   day after you got the call from Mr. Raymond?

18   A    No, I don't remember.

19   Q    Do you recall making a statement when you were at

20   your counselor's office that was eventually given to

21   the police?

22   A    Yes.  Yes, I did.

23   Q    Now, do you recall that in that statement, you

24   indicated he called around 7:00 in the morning?

25        MR. HARTLEY:  Objection, Your Honor.

```
 1              THE COURT:  Just a moment.  Basis?
 2              MR. HARTLEY:  Well, I'm not sure, first of
 3     all, she's not -- this isn't being used to refresh her
 4     memory.  She said that she had a memory of that.  She
 5     has testified --
 6              THE COURT:  Well, she said "approximately."
 7              MR. WOLFF:  And Your Honor, I'm just
 8     impeaching her to the extent that I'm talking about a
 9     prior inconsistent statement about the time of the
10     call.  I was just asking --
11              THE COURT:  Overruled.
12     BY MR. WOLFF:
13     Q    Do you recall in the written statement saying it
14     took place around 7:00; if you recall?
15     A    It was bright and early.  It was way too early.
16     Q    What was your -- as you were speaking with Mr.
17     Raymond in that phone call, what were you thinking?
18     A    I just didn't want to talk to him, so I don't -- I
19     repeated what I said.
20     Q    I'm sorry, I didn't catch the last part.
21     A    I believed it was wrong to be talking with him and
22     I didn't say anything.  I just listened.
23     Q    Did -- what did you do after you got off the phone
24     with him?
25     A    I called a number of people, my counselor, their
```

```
1    counselor and the school, and was all advised to call
2    the police.
3    Q    And did you eventually call the police?
4    A    Absolutely.
5    Q    And who did you speak with from the police about
6    the phone call that you received?
7    A    I believe Officer Poulin.
8    Q    And is it at that point that you filled out your
9    written statement?
10   A    Yes.
11          MR. WOLFF:  Thank you, Ms. Mortimer.
12          THE COURT:  Shall we take the recess or how
13   long do you expect the cross to be?
14          MR. HARTLEY:  It will be a bit of time.
15          THE COURT:  Let's take a morning recess.  We
16   will take 15 minutes.  Thank you.
17          (RECESS CALLED)
18          THE COURT:  Mr. Hartley.  You may
19   cross-examine.
20          MR. HARTLEY:  Thank you, Your Honor.
21                  CROSS EXAMINATION
22   BY MR. HARTLEY:
23   Q    Good morning, ma'am.  HXXXXX, you referred HXXXXX
24   back in 2006 to be evaluated because you thought that
25   she had been abused; isn't that right?
```

1    A    Excuse me, could you repeat the question?

2    Q    You thought your daughter HXXXXX had been abused

3    so you sent her to a counselor to talk with her; do you

4    remember that?

5    A    No.

6    Q    Back in 2006, do you remember sending her down to

7    the Spurwink child abuse program?

8    A    Yes.

9    Q    And the reason why you did that was because you

10   thought that she'd been abused?

11   A    No.

12   Q    Why did you send her to Spurwink?

13   A    Recommended.

14   Q    I'm sorry?

15   A    Recommended by workers.

16   Q    Okay.  Well, the health workers thought that she

17   might have been abused; correct?

18   A    Right.

19   Q    And so was it your mental health providers or

20   HXXXXX'X mental health providers that made that

21   recommendation?

22   A    HXXXXX'X.

23   Q    Okay, and now you certainly, if you thought that

24   HXXXXX was being abused, you'd want to do something

25   about it; wouldn't you?

1   A   Correct.

2   Q   And in fact, in this case you did do something

3   about it.  You took her to Spurwink.

4   A   Yes.

5   Q   Okay, and as a result of that, actually the mental

6   health or the evaluation, they didn't find that there

7   had been any abuse; is that right?

8   A   Right.

9   Q   Now, you have five kids; correct?

10   A   Correct.

11   Q   Three girls and two boys?

12   A   Yes.

13   Q   And you're concerned about whether they would be

14   abused?

15   A   No.

16   Q   That's not something that concerns you?

17   A   I'm not quite sure how to answer that question.

18   From who?

19   Q   Anyone.  You wouldn't want your kids to be

20   molested, sexually molested by someone?

21   A   Absolutely not.

22   Q   And you're a single parent; right?

23   A   Right.

24   Q   So you have to work that much harder to insure

25   that that doesn't happen; right?

1    A    Yes.

2    Q    Okay, and the last time that there -- before all

3    this incident with Mr. Raymond, the last time that you

4    had looked into sexual abuse of HXXXXX was back in 2006

5    or were there other times?

6    A    No other times.

7    Q    I'm sorry?

8    A    No other times.

9    Q    Back in 2006 --

10   A    Yes.

11   Q    Had you talked with HXXXXX?  Had you said --

12   A    Not to HXXXXX.

13   Q    You didn't talk to her?

14   A    It wasn't her I was concerned about.

15   Q    Well, HXXXXX was the one who went to Spurwink for

16   that evaluation; right?

17   A    I was advised by my workers.

18   Q    Okay, and when the workers advised you that HXXXXX

19   needed this evaluation, did you ever sit down with

20   HXXXXX and say look, is this true, did this happen?

21   A    Absolutely.

22   Q    Okay, because that's something that you want to

23   know as a mother; right?

24   A    Right.

25   Q    Now, you said -- Mr. Wolff asked you earlier about

```
 1   the services that you receive.  You have a case worker?

 2   A    I have three case workers.

 3   Q    Okay, and did you say that you had counselors as

 4   well?

 5   A    Correct.

 6   Q    And would it be fair to say that you have a

 7   regular schedule of meetings with your case workers and

 8   your counselors?

 9   A    Correct.

10   Q    And they keep track of what's going on in your

11   life?

12   A    That's not their job.

13   Q    Okay.  They keep -- do they ask you questions

14   about your family?

15   A    Yes.

16   Q    Okay.  I remember when I was reading one of the

17   interviews that you had with a detective, you said I

18   need to get this documented so I can show it to my case

19   worker.

20   A    Absolutely.

21   Q    Because your case worker would want to know from

22   you exactly what you're doing in terms of any

23   allegation of sexual abuse?

24   A    I just like to keep them informed.

25   Q    Okay, but they -- they like to be kept informed;
```

```
 1   is that accurate?

 2   A    That's their job.

 3   Q    Right, exactly, and they ask you about those

 4   things?

 5   A    Correct.

 6   Q    Now, in addition to the Spurwink evaluation where

 7   there were concerns about HXXXXX being abused, you

 8   actually became concerned a few years ago about

 9   HXXXXX'X mental health; is that right?

10   A    Correct.

11   Q    She was hearing voices?

12   A    Correct.

13   Q    She was seeing things that weren't there?

14   A    Correct.

15   Q    She was becoming violent because voices were

16   telling her to be violent?

17   A    Correct.

18   Q    And you also told counselors that she was

19   struggling with her memory?

20   A    Incorrect.

21   Q    You never said that she was having trouble in

22   school because she was having memory problems?

23   A    It was due to her father.

24   Q    Okay.

25   A    And it had nothing to do with sexual abuse.
```

```
1    Q    I'm sorry?
2    A    It had nothing to do with sexual abuse whatsoever.
3    Q    And I'm not asking you about any of the details
4    about that, but what I am asking you is what HXXXXX --
5    what you saw in your daughter before you made these
6    reports.  What was happening with HXXXXX in the house?
7    A    She was scared.
8    Q    I'm sorry?
9    A    She was scared to be with her father.
10   Q    Okay, and how was that -- how did you see that?
11   On a day to bay basis, how would she act?
12   A    She would get more violent.  She was hearing
13   voices and she had a panic attack where I had to bring
14   her to the hospital and that's when she started getting
15   better.
16   Q    Okay.  At the hospital, they gave her medication?
17   A    Ativan just to calm her down.
18   Q    I'm sorry?
19   A    Ativan just to calm her down.
20   Q    To calm her down, and how long did she take that
21   medication for?
22   A    Just that one time.
23   Q    Just while she was at the hospital.  So she hasn't
24   been on any medications other than that?
25   A    Not in the last few months, no.
```

1    Q    Okay.  Before the last few months, was she on

2    medications?

3    A    Yes.

4    Q    And back in 2007, was she on medications?

5    A    Yes.

6    Q    What was she taking; do you remember?

7    A    Trazodone and Risperdal and Cogentin.

8    Q    Okay.  Now, back in the summer of 2007, was she

9    seeing a counselor?

10   A    Yes.

11   Q    And how often did she see that counselor?

12   A    Once a week for an hour.

13   Q    Now, you said that you met Jim Raymond for -- you

14   said that you knew Jim Raymond because HXXXXX was in

15   both chorus and music class?

16   A    Yes.

17   Q    But during the school year of 2006/2007, I think

18   you said that you didn't actually meet him?

19   A    I didn't meet him, no.

20   Q    Okay.

21   A    I think it was like a quick shake of the hand and

22   off he went.

23   Q    Do you remember HXXXXX being embarrassed because

24   of something in music class --

25   A    Yes.

```
 1   Q      -- in the spring.  You do?  Did she talk with you

 2   about that?

 3   A      Yes.

 4   Q      What did she tell you?

 5   A      She said that Mr. Raymond put her in a particular

 6   position and it wasn't where she needed to be and

 7   during a live audience told her she was completely in

 8   the wrong area and embarrassed her in front of the

 9   whole audience.

10   Q      Was it unusual for HXXXXX to come home from school

11   and tell you something about a teacher if it upset her?

12   A      Excuse me?

13   Q      Would HXXXXX -- if something happened in school,

14   for example, you just told us about she came home and

15   told you about Mr. Raymond embarrassing her, did any

16   other teachers ever -- did she ever have any other

17   problems with other teachers that she reported to you?

18   A      No.

19   Q      That was the only one ever?

20   A      Ever.

21   Q      Okay.  Did you talk with her about school when she

22   came home?

23   A      Of course.

24   Q      Did you ask her how her day went, that kind of

25   thing?
```

1    A    Yes.

2    Q    Did you ever talk with her about specifics, what

3    she was learning in school?

4    A    Yes.

5    Q    Did she ever talk with you about friends and

6    fights with friends and who she was spending time with?

7    A    Of course.

8    Q    Okay.  Now, this bus trip in the spring of 2007,

9    is that something that HXXXXX was looking forward to?

10    A    She was looking forward to the Canobie Lake, not

11    the bus drive.

12    Q    The trip itself.  She was looking forward to the

13    field trip?

14    A    Yes.

15    Q    And the days leading up to it, was she excited,

16    was she talking about it?

17    A    Yes.

18    Q    Okay, and after she got back from the trip, was --

19    did you talk with her and say how did it go?

20    A    Yes.

21    Q    Okay, and she told you that she had a good time?

22    A    No.

23    Q    Okay.  What did she tell you?

24    A    She told me all the ride home, she was very

25    uncomfortable with Mr. Raymond and he was acting very

```
 1   inappropriate and made her feel very uncomfortable.

 2   She didn't mention nothing about the trip itself at

 3   that time.

 4   Q    So you're seeing case workers and counselors at

 5   this point, at that point as well; correct?

 6   A    Of course, yes.

 7   Q    And these counselors -- and HXXXXX'X seeing

 8   counselors as well?

 9   A    Yes.

10   Q    And in the past, about a year earlier, the

11   counselors had told you look, we think that HXXXXX may

12   have been sexually abused so we think you should bring

13   her to this Spurwink to be evaluated; right?

14   A    No.

15   Q    Well, isn't that what we just talked about a few

16   minutes ago?

17   A    They, to be exact, was they said they -- the way

18   she behaved, they seemed to be sexually abused which

19   was not the case.

20   Q    Okay.  It turned out not to be the case; right?

21   A    Right.

22   Q    But the case workers told you we think there might

23   be something here, so we want you to bring her in and

24   get evaluated?

25   A    It was an assumption.
```

1    Q    Sure, and you took their advice and you took her

2    to get evaluated?

3    A    Of course.

4    Q    And it turned out to be nothing to it?

5    A    Absolutely.

6    Q    And so then about a year after this evaluation,

7    HXXXXX comes home from this bus trip and she tells you

8    that Mr. Raymond, her teacher, made her very

9    uncomfortable on the ride home?

10   A    Absolutely.

11   Q    And --

12   A    She didn't tell me that she was abused.

13   Q    Did you ask her what "very uncomfortable" meant?

14   A    She did not prefer to talk to anybody else about

15   it because she was completely embarrassed and it was

16   very inappropriate.

17   Q    Did you tell any of your counselors that your

18   daughter, who had been evaluated the year before, that

19   she was telling you that a teacher had been

20   inappropriate with her?

21   A    On that particular time, yes.

22   Q    You told your counselors?

23   A    Not my counselors.

24   Q    Who did you tell?

25   A    Her counselors.

```
 1    Q    You told HXXXXX'X counselors that the teacher had
 2    been inappropriate with her.  What was the name of that
 3    counselor you told?
 4    A    Courtney Bradeen.
 5    Q    I'm sorry?
 6    A    Courtney Bradeen?
 7    Q    The first name, how do you spell that first name?
 8    Is it Conley, did you say?
 9    A    Courtney.
10    Q    Courtney?  And the last name is Berdeen?
11    A    Yes.
12    Q    B-e-r --
13    A    B-r-a-d-e-e-n.
14    Q    B-e-r-e-i --
15    A    B-r --
16    Q    Okay.
17    A    A-d-e-e-n.
18    Q    Okay.  And who does Courtney Bradeen work for?
19    A    Possibilities.
20    Q    I'm sorry?
21    A    Possibilities.
22    Q    Possibilities.  Where is that?
23    A    On Center Street.
24    Q    In Auburn?
25    A    Yes.
```

1  Q    And when did you tell Courtney Bradeen that your

2  daughter had told you that a teacher had been

3  inappropriate with her?

4  A    I don't remember at this time.

5  Q    Well, did you tell her that before -- how long

6  after the bus trip did HXXXXX tell you that the teacher

7  had been inappropriate with her?

8  A    That very same day.

9  Q    The day she got home?

10  A    Um hum, she was very upset.

11  Q    And so did you tell Courtney Bradeen before or

12  after you let Jim Raymond take your daughters to New

13  Hampshire, was it before or after that trip, that next

14  trip?

15  A    Before.

16  Q    So the next day, she gets home from the bus trip,

17  she's very upset; right?

18  A    That night.

19  Q    That night.  She's very upset?

20  A    Yes.

21  Q    And she tells you that Mr. Raymond was

22  inappropriate with her?

23  A    Correct.

24  Q    And you tried to get her to say more, but she

25  wouldn't?

1    A    No.  I listened to her and let her speak at her

2    own speed which she was comfortable talking to me about

3    it.

4    Q    Okay, and what else did she say?

5    A    Other people in the school bus had happened to see

6    this which completely humiliated her.

7    Q    And did she tell you who the other people who saw

8    it were?

9    A    No, she did not.

10    Q    Okay.  Did you call the school?

11    A    It was the last day of school, three months, so --

12    and she asked me not to.  She just wanted it to go

13    away.

14    Q    So you knew that the teacher had been

15    inappropriate with her.

16    A    Yes.

17    Q    As of the day, the night of the bus trip, right,

18    but you didn't even know what this teacher had done;

19    right?

20    A    Yes, I did.  Pretty much to what -- from what

21    she's told me, he made her feel very uncomfortable

22    where he put his head.

23    Q    Where he put his head?

24    A    Um hum.

25    Q    And she was very upset, you said?

```
 1    A     Yes.

 2    Q     So and you never actually met this teacher, Jim

 3    Raymond?

 4    A     Not one-on-one.

 5    Q     Okay.  Now, you did meet this very teacher on

 6    July 4th at the fireworks; right?

 7    A     We were -- there was a lot of people.

 8    Q     And actually, you've been interviewed a number of

 9    times about Jim Raymond and you never mentioned being

10    at the fireworks in any of the prior interviews; did

11    you?

12    A     I was trying to enjoy myself and my family.

13    Q     I'm sorry?

14    A     I was trying to enjoy myself and my family to

15    block out the bad things.

16    Q     Okay.  What I'm asking is you never, until you

17    testified here today, you didn't talk earlier that you

18    had run into Jim Raymond at the fireworks; right?

19    A     Not to my memory.

20    Q     And then did Mr. Wolff or someone from the US

21    Attorney's Office ask you in the last couple of days

22    about whether or not, in fact, you had met Jim Raymond

23    at the fireworks?

24    A     Correct.

25    Q     Okay.  Was that yesterday that they asked you?
```

1    A    No.

2    Q    Was that today, this morning?

3    A    No.

4    Q    Was it two days ago?

5    A    No.

6    Q    Okay.  So when did they come and ask you did you

7    actually first meet at the fireworks?

8    A    A couple weeks ago.

9    Q    Okay, and then you said yes?

10   A    At first it took me a few minutes to remember

11   because I was with my children and there are a lot of

12   people at the fireworks.

13   Q    Now, you remember that -- so this is the man who

14   your daughter had just told -- had made her feel

15   uncomfortable to the point where she was very upset;

16   right?

17   A    Right and I do remember now that after he left,

18   she was like, ugh, get rid of him.

19   Q    Now, so she was pretty repulsed by him when he

20   came up to you at the fireworks?

21   A    Right.

22   Q    Now, do you remember it was actually at that

23   July 4th fireworks that Jim Raymond talked about going

24   to New Hampshire?

25   A    No.

```
 1    Q     And you're sure about that?

 2    A     I'm positive.  It was on the phone.

 3    Q     You didn't even remember the trip until recently,

 4    the meeting at all until recently; right?

 5    A     What meeting?

 6    Q     The meeting on July 4th at the fireworks.

 7    A     There was no meeting.

 8    Q     Well, running into Jim Raymond, you didn't even

 9    mention that to anyone?

10    A     It was a run-in, that was it.

11    Q     So you had a run-in with him on July 4th and

12    HXXXXX acts with disgust to seeing this man who had

13    been inappropriate with her on the bus trip; right?

14    A     All the kids did.

15    Q     Okay.  So a few days later, your phone rings and

16    it's Jim Raymond?

17    A     Yes.

18    Q     And Jim Raymond says that he's organizing a trip

19    to go back to the same place where he had made your

20    daughter feel so uncomfortable the last time; right?

21    A     Correct.

22    Q     And he asked you if not only HXXXXX can go, but if

23    your other daughter is interested in going as well?

24    A     Correct.

25    Q     And you say yes?
```

1    A    It was a group conversation and it was not just

2    supposed to be isolated to my two children.  It was

3    suppose to be a group, a small amount -- group of

4    people, and it wasn't supposed to be Mr. Raymond alone.

5    He was supposed to be supervised by more than one

6    adult.

7    Q    Well, did you have an understanding as to how many

8    people were on the bus trip where he had made HXXXXX

9    feel uncomfortable a couple weeks earlier?

10   A    No, I don't know how many people were on the bus.

11   Q    Was HXXXXX alone with Mr. Raymond on that trip?

12   A    Absolutely not.

13   Q    And in fact, you're telling us that you understood

14   that on a bus full of kids, that Jim Raymond had made

15   your daughter feel uncomfortable?

16   A    But I trusted my daughter's judgment and if she

17   felt -- it's sort of like if a kid's a kitten --

18   Q    I'm sorry, it's sort of like a what?

19   A    Giving a child a kitten.  You have a chance to do

20   something, are you going to jump for it?

21   Q    And you said your daughter, when she had seen him

22   on July 4th, she had reacted with disgust, reacted with

23   disgust?

24   A    Yes, correct.

25   Q    But a few minutes ago, you said that you

```
 1   actually -- after Jim called, you talked with your
 2   girls before saying that they would go on this trip;
 3   right?
 4   A    Right.
 5   Q    And your words earlier was you said you talked
 6   with them to see how comfortable they would be;
 7   correct?
 8   A    Correct.
 9   Q    And your words earlier were they seemed fine and
10   they were excited --
11   A    Correct.
12   Q    -- to go with the man who she reacted with disgust
13   to --
14           THE COURT:  Counsel, that's argumentative.
15   BY MR. HARTLEY:
16   Q    Now, on the first -- in any event, you set up the
17   first trip; right?
18   A    The first trip was supposed to be with Jim.
19   Q    And the girls went on the trip?
20   A    Correct.
21   Q    And they actually -- they actually called when
22   they were on their way back, you testified earlier?
23   A    Yes.
24   Q    Now, do you remember Jim Raymond actually calling
25   earlier in the evening to tell you that the park was
```

1    going to stay open an hour later?

2    A    Yes.

3    Q    Okay, and he was basically saying is it okay if we

4    stay an hour later at the park; right?

5    A    Correct.

6    Q    And you said okay?

7    A    This one time, yes.

8    Q    Okay.  Now, after the first trip, you talked with

9    the girls when they came back?

10   A    Correct.

11   Q    Now, you must have been -- you must have been

12   concerned if this is a man who --

13   A    Is this the first or second?

14   Q    The first trip.  You must have been concerned

15   about whether things had gone all right on this trip?

16   A    Correct.

17   Q    And did you talk to the girls?

18   A    Well, they got home so late, I waited till

19   morning.

20   Q    Did you talk with them in the morning?

21   A    Yes, I did.

22   Q    And --

23   A    At --

24   Q    You talked with them in the morning?

25   A    Yup.

1    Q    And did you talk about how the trip had gone?

2    A    Yeah.  Actually yes, but there was something left

3    out of the conversation.  You're not being accurate.

4    Q    Something left out of my conversation?

5    A    Yes.  You're not accurate.

6    Q    Which conversation?

7    A    The first trip, it was waiting for his brother and

8    there were supposed to be other children attending.

9    Q    Right.

10   A    It was two to three hours into the trip when I

11   received a phone call from one of my children stating

12   that they were at his house, which truly put a fright

13   in me, but I didn't learn more about that until later.

14   Q    Did you tell them to come home when they said they

15   were at his house?

16   A    They were leaving at that time.

17   Q    Okay.  Now, so after they came back, then the next

18   morning you talked with them about how the trip had

19   gone?

20   A    Yes.

21   Q    And now, if HXXXXX had told you that there were

22   any problems on that trip, you would have told somebody

23   about that; right?

24   A    Of course.

25   Q    Okay, and so she didn't tell you about any

```
 1   problems?

 2   A     Of course, no.

 3   Q     Did she tell you that she had fun?

 4   A     She said it was okay, just okay.  CXXXXXX was more

 5   excited.

 6   Q     Did HXXXXX talk about the rides that she had gone

 7   on?

 8   A     Not very much.

 9   Q     What did they say about the trip?  What did HXXXXX

10   say about the trip?

11   A     The trip -- she didn't like the trip as much as

12   CXXXXXX was.

13   Q     In any event, Jim called a little bit later in the

14   summer and you wound up letting the girls go on a

15   second trip?

16   A     Correct.

17   Q     And --

18   A     It was only supposed to be a backup.

19   Q     Now, backing up just a minute, this report that

20   you've told us that HXXXXX made late at night when she

21   got home from the bus trip, you've been interviewed by

22   Officer Poulin in this case; correct?

23   A     Correct.

24   Q     You've been interviewed at Spurwink?

25   A     Spurwink?
```

1    Q    You were interviewed by -- about a week after the

2    Spurwink child abuse program down in Portland, you came

3    down here and had an interview?

4    A    Not that I recall.

5    Q    Okay.  Well, you met with Agent Moulton; do you

6    remember that?

7          Do you remember meeting with more than one

8    person in connection with this case over the last

9    couple of years?

10    A    Yes.

11    Q    And these are investigators who were asking you

12    about the case?

13    A    Yup.

14    Q    And now, you never told any of them that HXXXXX

15    had reported to you that Jim Raymond had made her feel

16    uncomfortable on this bus trip; did you?

17    A    She said at that time it was personal and it

18    wasn't -- at that time she did not disclose to me every

19    last detail until they were on him so I acted

20    accordingly.

21    Q    What does that mean?

22    A    To what she was willing to share with me, how I

23    felt about it as a mother and it was later on that I

24    realized what she was actually doing.

25    Q    What did you later on realize she was actually

1    doing?

2    A     Protecting her little sister because according to

3    her, Mr. Raymond wanted her to sleep with her.  She

4    made sure CXXXXXX stayed in the back so he couldn't

5    touch her.

6    Q     Well, you talked with all these officers.  You

7    must have been pretty angry at Jim Raymond, this man

8    who had touched HXXXXX; right?

9    A     Absolutely.

10   Q     And you would want to do everything you could to

11   help them put him in jail?

12   A     No.  I don't want to see him do this to any other

13   kids.  He shouldn't have to.

14   Q     Right.  So you want to help them with their

15   investigation; right?

16   A     If it's truthful --

17   Q     Sure.

18   A     Absolutely.

19   Q     And so if you have a piece of information that

20   would help them with their case, you want to tell them;

21   wouldn't you?

22   A     I'm honest.  I tell the truth.

23   Q     Okay, and so if HXXXXX had told you that on this

24   bus trip that she was touched, that she was made to

25   feel uncomfortable by Jim Raymond, wouldn't you have

```
 1    told the police?
 2    A    Well, there was a whole school bus full of
 3    children.  They was supposed to be under supervision.
 4    I knew that circumstances.  I don't feel as though that
 5    -- I mean I feel as though he treated her very
 6    disrespectfully and he humiliated her in front of other
 7    people who did see him, but I don't think it was called
 8    for I'm going to call the police and arrest you for
 9    sexual harassment, which I thought he should have, but
10    this is all new because I never experienced anyone of
11    this age actually going after someone so young.
12    Q    So you thought that HXXXXX was on that bus trip,
13    that she was embarrassed?
14    A    I felt it was perfectly safe with the students and
15    also other supervision.
16    Q    Are you saying that you don't think that that was
17    sexual, you think it was more that she was embarrassed?
18    A    No.  I think it was sexual, but I think it was
19    limited in that way.
20    Q    But still, you chose not to tell this to the
21    investigators that were working on the case?
22    A    I just don't remember talking to any detectives,
23    I'm sorry.  That just doesn't make sense to me.
24    Q    Okay.  Now, in this case, you had -- you don't
25    remember meeting with any investigators?
```

1    A      Officer Poulin, the guardian ad litem and the last

2    few months, I've met with a lot of other people.

3    Q      And that's been in preparation for this trial?

4    A      Yes, but they don't tell me what to say.   They

5    just asked for the honest truth, that's all.

6    Q      Okay, and have you talked with them about the

7    honest truth?

8    A      The honest truth is everything ain't black and

9    white.   My child -- my children were abused by their

10   father, so some things takes a little longer for them

11   to come to me and let me know that what's going on.

12          HXXXXX has a big shield on, you know, she is a

13   big shield, so for her to come to me at all eventually

14   over time I think was very big of her, and I think it

15   was very big of her to testify against someone that is

16   a predator.

17   Q      Well, eventually over time, she actually came to

18   you the very first night it happened back on that bus

19   trip; right?

20   A      She did, but she didn't feel as though it would go

21   any further, but I do know that --

22          THE COURT:  Wait, wait for a question.   Wait

23   for another question.

24          MR. HARTLEY:  I have nothing further.

25          THE COURT:  Thank you, Mr. Hartley.   Redirect,

```
 1   Mr. Wolff.
 2            MR. WOLFF:  Thank you, Your Honor.
 3                 REDIRECT EXAMINATION
 4   BY MR. WOLFF:
 5   Q    Ms. Mortimer, Mr. Hartley asked you about this
 6   incident where you learned that Mr. Raymond had somehow
 7   embarrassed HXXXXX in class; do you remember telling
 8   him about that?
 9   A    Yes.
10   Q    To your knowledge, was that resolved between
11   HXXXXX and Mr. Raymond?
12   A    He came right to her classroom and apologized to
13   her.
14   Q    And as far as you could tell, had that been taken
15   -- was that taken care of?
16   A    She seemed to be happy with that, but as time went
17   on, it just went downhill.
18   Q    And after he spoke with her, did that seem to
19   resolve things, as far as you could tell?
20   A    As far as I can tell.
21   Q    Prior to HXXXXX and CXXXXXX going to Canobie Lake
22   park with Mr. Raymond, and prior to the school chorus
23   trip that HXXXXX went to, had your girls ever been to
24   the park before?
25   A    No, they had not.
```

```
 1   Q     Had you ever been able to take them to some place
 2   like that?
 3   A     No, I have not.
 4   Q     Do you recall that on the day that HXXXXX was
 5   interviewed at the crisis center in Lewiston --
 6   A     Yes.
 7   Q     Do you recall meeting with Special Agent Moulton
 8   and me at the Auburn Police Department?
 9   A     Yes.
10   Q     Do you recall during that meeting telling us that
11   HXXXXX had told you that Mr. Raymond insisted that she
12   sit next to him on the school chorus trip?
13   A     Absolutely.
14         MR. WOLFF:  Thank you.
15         THE COURT:  Thank you.  Anything further, Mr.
16   Hartley?
17         MR. HARTLEY:  No, thank you, Your Honor.
18         (END OF EXCERPT)
19              C E R T I F I C A T I O N
20   I, Dennis R. Ford, Registered Merit Reporter and
21   Official Court Reporter for the United States District
22   Court, District of Maine, certify that the foregoing is
23   a correct transcript from the record of proceedings in
24   the above-entitled matter.
25   Dated:  April 27, 1010
```

1              /s/ Dennis R. Ford

2              Official Court Reporter

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 53:1

## 0

**09-144-P-H** [1] - 1:5

## 1

**1** [1] - 16:2
**1010** [1] - 52:25
**10:03** [1] - 1:15
**12** [1] - 10:5
**12:30** [2] - 16:1, 16:2
**14th** [2] - 12:10, 12:11
**15** [3] - 8:3, 10:5, 24:16
**156** [1] - 1:15

## 2

**20** [1] - 3:6
**2006** [4] - 24:24, 25:6, 27:4, 27:9
**2006/2007** [1] - 31:17
**2007** [7] - 3:19, 3:20, 5:2, 7:5, 31:4, 31:8, 33:8
**2009** [1] - 4:6
**2010** [1] - 1:15
**22nd** [1] - 1:15
**27** [1] - 52:25

## 3

**333-3075** [2] - 8:19, 8:20

## 4

**4th** [6] - 7:10, 39:6, 40:23, 41:6, 41:11, 42:22

## 7

**7** [1] - 3:6
**7:00** [2] - 22:24, 23:14
**7:30** [1] - 10:21

## 8

**8** [2] - 11:14, 11:19
**8:00** [1] - 10:21
**8:30** [2] - 22:2, 22:15

## A

**A-d-e-e-n** [1] - 36:17
**ability** [2] - 4:21, 4:25
**able** [1] - 13:5, 52:1
**above-entitled** [2] - 1:13, 52:24
**Absolutely** [11] - 14:4, 24:4, 26:21, 27:21, 28:20, 35:5, 35:10, 42:12, 48:9, 48:18, 52:13
**abuse** [7] - 25:7, 26:7, 27:4, 28:23, 29:25, 30:2, 47:2
**abused** [11] - 24:25, 25:2, 25:10, 25:17, 25:24, 26:14, 29:7, 34:12, 34:18, 35:12, 50:9
**accompanied** [1] - 9:8
**accompanying** [1] - 14:15
**according** [1] - 48:2
**accordingly** [1] - 47:20
**accurate** [4] - 17:20, 29:1, 45:3, 45:5
**act** [1] - 30:11
**acted** [1] - 47:19
**acting** [1] - 33:25
**ACTION** [1] - 1:4
**activities** [1] - 9:7
**acts** [1] - 41:12
**ad** [1] - 50:1
**addition** [2] - 6:12, 29:6
**adult** [4] - 9:8, 9:11, 18:23, 42:6
**adults** [5] - 14:6, 14:11, 14:16, 18:13, 19:1
**advice** [1] - 35:1
**advised** [4] - 22:5, 24:1, 27:17, 27:18
**affect** [2] - 4:21, 4:25
**age** [3] - 3:4, 10:2, 49:11
**Agent** [2] - 47:5, 52:7
**ago** [7] - 4:3, 22:14,

**29:8, 34:16, 40:4, 40:8, 42:25**
**agreement** [1] - 5:6
**ahead** [3] - 2:18, 17:14, 21:15
**aided** [1] - 1:25
**ain't** [1] - 50:8
**alcohol** [2] - 3:14, 4:11
**alcoholic** [1] - 3:16
**allegation** [1] - 28:23
**alone** [2] - 42:4, 42:11
**AM** [1] - 1:15
**AMERICA** [1] - 1:4
**amount** [3] - 9:5, 14:16, 42:3
**amounts** [1] - 4:18
**AN** [1] - 2:1
**angry** [1] - 48:7
**annoying** [1] - 9:1
**answer** [5] - 17:14, 18:1, 21:12, 21:14, 26:17
**anticipated** [1] - 6:11
**apart** [1] - 10:4
**apologized** [1] - 51:12
**appear** [2] - 16:12, 18:7
**Appearances** [1] - 1:17
**approach** [1] - 11:15
**April** [3] - 1:15, 12:12, 52:25
**area** [1] - 32:8
**argumentative** [1] - 43:14
**arrest** [3] - 21:2, 21:19, 49:8
**arrested** [1] - 20:20
**arrive** [1] - 13:25
**arrived** [2] - 14:3, 18:22
**aside** [2] - 12:8, 13:23
**Assistant** [1] - 1:18
**assume** [1] - 15:7
**assumption** [2] - 14:7, 34:25
**Ativan** [2] - 30:17, 30:19
**attack** [1] - 30:13
**attacks** [2] - 4:17, 4:18
**attend** [1] - 7:2
**attending** [1] - 45:8
**Attorney** [1] - 1:18
**Attorney's** [1] - 39:21

**Auburn** [5] - 2:24, 5:23, 7:15, 36:24, 52:8
**audience** [2] - 32:7, 32:9
**Avenue** [2] - 5:24, 6:3
**aware** [1] - 21:3

## B

**B-r-a-d-e-e-n** [1] - 36:13
**backing** [1] - 46:19
**backup** [2] - 17:19, 46:18
**bad** [1] - 39:15
**basis** [1] - 30:11
**Basis** [1] - 2:1
**bay** [1] - 30:11
**became** [1] - 29:8
**becoming** [1] - 29:15
**beginning** [1] - 6:5
**behaved** [1] - 34:18
**benefit** [1] - 5:14
**BER** [1] - 36:12
**Berdeen** [1] - 36:10
**BEREI** [1] - 36:14
**better** [2] - 13:20, 30:15
**between** [2] - 10:2, 51:10
**beyond** [2] - 12:13, 12:14
**big** [6] - 14:14, 50:12, 50:13, 50:14, 50:15
**bills** [1] - 9:6
**bit** [2] - 24:14, 46:13
**black** [1] - 50:8
**block** [1] - 39:15
**boys** [3] - 3:2, 3:3, 26:11
**BR** [1] - 36:15
**Bradeen** [5] - 36:4, 36:6, 36:18, 37:1, 37:11
**brass** [1] - 2:4
**bright** [2] - 18:11, 23:15
**bring** [5] - 11:11, 20:7, 30:13, 34:12, 34:23
**BROCK** [1] - 1:13
**brother** [7] - 9:12, 14:14, 14:15, 18:18, 18:19, 45:7
**brought** [2] - 19:25, 20:4

**buddies** [1] - 17:16
**buds** [1] - 17:5
**bunch** [1] - 17:5
**bus** [17] - 33:8, 33:11, 35:7, 37:6, 37:16, 38:5, 38:17, 41:13, 42:8, 42:10, 42:14, 46:21, 47:16, 48:24, 49:2, 49:12, 50:18
**BY** [9] - 2:21, 11:17, 13:22, 17:13, 21:16, 23:12, 24:22, 43:15, 51:4

## C

**calendar** [1] - 11:10
**CALLED** [1] - 24:17
**calm** [3] - 30:17, 30:19, 30:20
**Canobie** [10] - 6:22, 8:5, 8:12, 8:15, 17:4, 17:6, 20:13, 22:12, 33:10, 51:21
**car** [1] - 19:12
**care** [1] - 51:15
**case** [20] - 3:12, 5:2, 10:8, 19:21, 26:2, 28:1, 28:2, 28:7, 28:18, 28:21, 34:4, 34:19, 34:20, 34:22, 46:22, 47:8, 47:12, 48:20, 49:21, 49:24
**catch** [1] - 23:20
**cell** [3] - 7:19, 7:21, 15:17
**Center** [1] - 36:23
**center** [1] - 52:5
**certainly** [1] - 25:23
**certify** [1] - 52:22
**chair** [1] - 2:6
**chance** [1] - 42:19
**charge** [1] - 5:3
**child** [4] - 25:7, 42:19, 47:2, 50:9
**children** [10] - 3:1, 9:6, 14:16, 40:11, 42:2, 45:8, 45:11, 49:3, 50:9
**chorus** [11] - 6:5, 6:13, 6:15, 6:19, 6:23, 6:25, 7:2, 9:23, 31:15, 51:22, 52:12
**chose** [1] - 49:20
**circumstances** [1] - 49:4
**citizen** [1] - 22:9
**class** [4] - 9:25,

31:15, 31:24, 51:7
**classes** [2] - 6:9, 6:24
**classroom** [1] - 51:12
**clearer** [1] - 12:20
**clearly** [2] - 4:23, 4:25
**clerk** [1] - 2:7
**CLERK** [2] - 2:8, 2:13
**closer** [1] - 15:7
**Cogentin** [1] - 31:7
**comfortable** [3] - 10:14, 38:2, 43:6
**coming** [2] - 10:20, 14:11
**completely** [3] - 32:7, 35:15, 38:6
**computer** [1] - 1:25
**concerned** [5] - 26:13, 27:14, 29:8, 44:12, 44:14
**concerns** [3] - 16:6, 26:16, 29:7
**confused** [1] - 9:23
**Conley** [1] - 36:8
**connection** [1] - 47:8
**Constantly** [1] - 20:16
**constantly** [1] - 20:16
**contact** [3] - 7:5, 7:8, 20:14
**continue** [1] - 13:24
**conversation** [10] - 7:23, 8:4, 17:22, 20:22, 20:25, 21:18, 42:1, 45:3, 45:4, 45:6
**conversations** [2] - 16:5, 18:12
**correct** [12] - 3:13, 13:13, 13:15, 17:17, 17:21, 25:17, 26:9, 34:5, 42:24, 43:7, 46:22, 52:23
**Correct** [23] - 4:8, 22:13, 26:1, 26:10, 28:5, 28:9, 29:5, 29:10, 29:12, 29:14, 29:17, 37:23, 39:24, 41:21, 41:24, 43:8, 43:11, 43:20, 44:5, 44:10, 44:16, 46:16, 46:23
**correctly** [1] - 17:15
**Counsel** [2] - 13:7, 43:14
**counselor** [6] - 23:25, 24:1, 25:3,

31:9, 31:11, 36:3
**counselor's** [1] - 22:20
**counselors** [13] - 3:12, 28:3, 28:8, 29:18, 34:4, 34:7, 34:8, 34:11, 35:17, 35:22, 35:23, 35:25, 36:1
**couple** [4] - 39:21, 40:8, 42:9, 47:9
**course** [8] - 6:8, 8:23, 32:23, 33:7, 34:6, 35:3, 45:24, 46:2
**COURT** [22] - 1:1, 2:4, 2:18, 11:16, 13:7, 13:12, 13:15, 13:18, 17:12, 21:7, 21:9, 21:14, 23:1, 23:6, 23:11, 24:12, 24:15, 24:18, 43:14, 50:22, 50:25, 52:15
**court** [1] - 5:15
**Court** [7] - 1:14, 1:14, 1:23, 5:14, 52:21, 52:22, 53:2
**Courthouse** [1] - 1:14
**Courtney** [7] - 36:4, 36:6, 36:9, 36:10, 36:18, 37:1, 37:11
**Craig** [1] - 1:18
**CRIMINAL** [1] - 1:4
**crisis** [1] - 52:5
**cross** [2] - 24:13, 24:19
**CROSS** [1] - 24:21
**cross-examine** [1] - 24:19
**Crystal** [13] - 9:23, 9:24, 10:3, 14:22, 15:10, 15:11, 16:6, 17:25, 19:12, 46:4, 46:12, 48:4, 51:21
**Crystal's** [1] - 10:5

**D**

**date** [11] - 8:8, 11:1, 11:6, 12:3, 12:9, 12:16, 13:7, 13:8, 13:13, 16:22, 20:11
**Dated** [1] - 52:25
**dates** [3] - 12:20, 12:23, 13:1
**daughter** [12] - 5:19, 6:8, 19:17, 25:2, 30:5, 35:18, 37:2, 40:14,

41:20, 41:23, 42:15, 42:21
**daughter's** [1] - 42:16
**daughters** [7] - 8:5, 8:12, 8:14, 9:20, 9:22, 14:24, 37:12
**days** [4] - 33:15, 39:21, 40:4, 41:15
**dealing** [1] - 3:10
**Defendant** [2] - 1:10, 1:19
**defendant** [2] - 6:3, 7:6
**deferred** [1] - 5:5
**Dennis** [3] - 1:23, 52:20, 53:1
**Department** [1] - 52:8
**detail** [1] - 47:19
**details** [1] - 30:3
**detective** [1] - 28:17
**detectives** [1] - 49:22
**difference** [1] - 10:2
**different** [1] - 16:19
**DIRECT** [1] - 2:20
**directions** [1] - 16:25
**directly** [1] - 16:25
**disclose** [1] - 47:18
**discontinued** [1] - 6:23
**discuss** [2] - 10:13, 10:19
**discussed** [1] - 22:8
**discussion** [8] - 8:11, 10:15, 14:5, 16:22, 18:25, 19:24, 20:3, 20:8
**discussions** [2] - 14:9, 20:10
**disgust** [4] - 41:12, 42:22, 42:23, 43:12
**disposition** [1] - 5:6
**dispute** [4] - 13:10, 13:12, 13:16, 13:17
**disputes** [1] - 13:8
**disrespectfully** [1] - 49:6
**DISTRICT** [2] - 1:1, 1:2
**District** [4] - 1:14, 1:14, 52:21, 52:22
**Docket** [1] - 1:5
**doctor** [1] - 4:15
**document** [2] - 12:19, 13:6
**documented** [1] - 28:18
**done** [2] - 11:24,

38:18
**down** [11] - 3:6, 7:14, 12:23, 13:1, 25:6, 27:19, 30:17, 30:19, 30:20, 47:2, 47:3
**downhill** [1] - 51:17
**drinking** [2] - 3:20, 4:11
**drive** [1] - 33:11
**dropped** [1] - 19:2
**due** [1] - 29:23
**During** [1] - 8:4
**during** [6] - 19:9, 20:14, 22:3, 31:17, 32:7, 52:10

**E**

**early** [6] - 4:6, 10:21, 11:3, 18:11, 23:15
**Edward** [1] - 1:14
**Eighth** [1] - 5:21
**either** [2] - 11:12, 14:24
**embarrassed** [6] - 31:23, 32:8, 35:15, 49:13, 49:17, 51:7
**embarrassing** [1] - 32:15
**END** [1] - 52:18
**end** [1] - 6:18
**ended** [1] - 7:4
**ends** [1] - 12:12
**enjoy** [2] - 39:12, 39:14
**enough's** [1] - 9:2
**entitled** [2] - 1:13, 52:24
**Esquire** [2] - 1:18, 1:19
**evaluated** [5] - 24:24, 34:13, 34:24, 35:2, 35:18
**evaluation** [5] - 26:6, 27:16, 27:19, 29:6, 35:6
**evening** [6] - 15:3, 15:5, 15:23, 19:4, 19:8, 43:25
**event** [2] - 43:16, 46:13
**events** [1] - 3:19
**eventually** [6] - 5:8, 7:24, 22:20, 24:3, 50:13, 50:17
**exact** [1] - 34:17
**exactly** [2] - 28:22, 29:3
**EXAMINATION** [3] -

2:20, 24:21, 51:3
**examine** [1] - 24:19
**example** [1] - 32:14
**EXCERPT** [2] - 2:1, 52:18
**excited** [4] - 10:17, 33:15, 43:10, 46:5
**Excuse** [2] - 25:1, 32:12
**Exhibit** [2] - 11:14, 11:19
**expect** [1] - 24:13
**experienced** [1] - 49:10
**extent** [1] - 23:8

**F**

**fact** [6] - 19:25, 20:4, 21:4, 26:2, 39:22, 42:13
**fair** [2] - 12:13, 28:6
**falls** [1] - 17:8
**families** [1] - 10:7
**family** [4] - 10:15, 28:14, 39:12, 39:14
**far** [5] - 14:24, 18:19, 51:14, 51:19, 51:20
**father** [3] - 29:23, 30:9, 50:10
**Federal** [1] - 1:15
**fell** [1] - 17:24
**felt** [7] - 10:14, 18:5, 18:6, 22:14, 42:17, 47:23, 49:14
**few** [11] - 4:3, 8:25, 9:6, 29:8, 30:25, 31:1, 34:15, 40:10, 41:15, 42:25, 50:2
**field** [1] - 33:13
**fifth** [1] - 6:4
**Fifth** [1] - 6:17
**fights** [1] - 33:6
**filled** [1] - 24:8
**fine** [4] - 10:16, 13:10, 13:20, 43:9
**fireworks** [10] - 7:14, 39:6, 39:10, 39:18, 39:23, 40:7, 40:12, 40:20, 40:23, 41:6
**first** [24] - 9:4, 10:18, 11:2, 11:3, 11:4, 12:9, 13:24, 14:8, 15:10, 16:16, 19:6, 23:2, 36:7, 40:7, 40:10, 43:16, 43:17, 43:18, 44:8, 44:13, 44:14, 45:7, 50:18
**Five** [1] - 3:1

**five** [2] - 10:10, 26:9
**follow** [2] - 2:4, 5:1
**following** [1] - 21:25
**FOLLOWING** [1] - 2:1
**follows** [1] - 1:15
**Ford** [3] - 1:23, 52:20, 53:1
**foregoing** [1] - 52:22
**forward** [4] - 2:5, 33:9, 33:10, 33:12
**four** [1] - 3:1
**fresh** [1] - 13:2
**friend** [1] - 20:23
**friends** [3] - 17:16, 33:5, 33:6
**fright** [1] - 45:12
**front** [2] - 32:8, 49:6
**full** [2] - 42:14, 49:2
**fun** [1] - 46:3

## G

**Gignoux** [1] - 1:14
**girls** [21] - 3:2, 3:3, 10:13, 10:20, 15:21, 17:8, 17:19, 18:3, 18:4, 19:4, 19:14, 19:25, 20:5, 22:6, 26:11, 43:2, 43:19, 44:9, 44:17, 46:14, 51:23
   **given** [1] - 22:20
**God** [1] - 2:11
**Government** [2] - 1:18, 2:3
**Government's** [2] - 11:13, 11:19
**Grace** [3] - 1:8, 2:3, 2:17
   **grade** [3] - 5:19, 6:4, 6:15
   **group** [4] - 9:8, 42:1, 42:3
   **guardian** [1] - 50:1
   **guilty** [1] - 5:2

## H

**Hampshire** [2] - 37:13, 40:24
   **hand** [3] - 2:8, 12:19, 31:21
   **handing** [1] - 11:18
   **handle** [1] - 13:10
   **handled** [1] - 13:19
   **happy** [2] - 6:6, 51:16

**harassed** [1] - 12:17
   **harassment** [1] - 49:9
   **hard** [1] - 14:20
   **harder** [1] - 26:24
**Hartley** [6] - 1:19, 13:13, 24:18, 50:25, 51:5, 52:16
**HARTLEY** [12] - 13:14, 13:17, 21:5, 21:11, 22:25, 23:2, 24:14, 24:20, 24:22, 43:15, 50:24, 52:17
   **head** [3] - 38:22, 38:23
   **health** [5] - 25:16, 25:19, 25:20, 26:6, 29:9
   **hearing** [3] - 2:10, 29:11, 30:12
**Heathr** [52] - 5:19, 6:8, 7:2, 10:3, 10:4, 14:22, 15:10, 16:5, 17:25, 19:12, 19:19, 24:23, 25:2, 25:24, 27:4, 27:11, 27:12, 27:15, 27:18, 27:20, 29:7, 30:4, 30:6, 31:14, 31:23, 32:10, 32:13, 33:9, 34:11, 35:7, 37:6, 41:12, 41:22, 42:8, 42:11, 45:21, 46:6, 46:9, 46:20, 47:14, 48:8, 48:23, 49:12, 50:12, 51:7, 51:11, 51:21, 51:23, 52:4, 52:11
**Heathr's** [6] - 20:23, 25:20, 25:22, 29:9, 34:7, 36:1
   **held** [1] - 1:13
   **help** [7] - 2:11, 3:10, 11:8, 12:2, 48:11, 48:14, 48:20
   **home** [11] - 32:10, 32:14, 32:22, 33:24, 35:7, 35:9, 37:9, 37:16, 44:18, 45:14, 46:21
   **honest** [4] - 48:22, 50:5, 50:7, 50:8
   **Honor** [12] - 2:2, 2:19, 11:15, 13:4, 13:9, 13:20, 21:5, 22:25, 23:7, 24:20, 51:2, 52:17
   **HONORABLE** [1] - 1:13
   **HORNBY** [1] - 1:13
   **hospital** [3] - 30:14,

30:16, 30:23
   **hour** [3] - 31:12, 44:1, 44:4
   **hours** [1] - 45:10
   **house** [8] - 18:22, 19:14, 19:25, 20:5, 20:7, 30:6, 45:12, 45:15
   **hum** [3] - 7:1, 37:10, 38:24
   **humiliated** [1] - 38:6, 49:6

## I

   **idea** [2] - 10:25, 20:18
   **identification** [1] - 11:19
   **impeaching** [1] - 23:8
   **in-person** [1] - 7:8
   **inappropriate** [9] - 34:1, 35:16, 35:20, 36:2, 37:3, 37:7, 37:22, 38:15, 41:13
   **incident** [2] - 27:3, 51:6
   **inconsistent** [1] - 23:9
   **Incorrect** [1] - 29:20
   **indicated** [1] - 22:24
   **information** [2] - 13:5, 48:19
   **informed** [2] - 28:24, 28:25
   **insisted** [1] - 52:11
   **insure** [1] - 26:24
   **interested** [1] - 41:23
   **interview** [1] - 47:3
   **interviewed** [5] - 39:8, 46:21, 46:24, 47:1, 52:5
   **interviews** [2] - 28:17, 39:10
   **investigation** [1] - 48:15
   **investigators** [3] - 47:11, 49:21, 49:25
   **IS** [1] - 2:1
   **isolated** [1] - 42:2
   **itself** [2] - 33:12, 34:2

## J

   **jail** [1] - 48:11
   **JAMES** [1] - 1:9

   **jealous** [1] - 9:16
   **Jim** [19] - 31:13, 31:14, 37:12, 39:2, 39:9, 39:18, 39:22, 40:23, 41:8, 41:16, 41:18, 42:14, 43:1, 43:18, 43:24, 46:13, 47:15, 48:7, 48:25
   **job** [2] - 28:12, 29:2
   **Judge** [1] - 1:14
   **judgment** [1] - 42:16
   **July** [6] - 7:10, 39:6, 40:23, 41:6, 41:11, 42:22
   **jump** [1] - 42:20

## K

   **keep** [4] - 11:9, 28:10, 28:13, 28:24
   **kept** [1] - 28:25
   **kid's** [1] - 42:17
   **kids** [12] - 3:11, 8:14, 9:13, 10:10, 14:7, 16:10, 19:2, 26:9, 26:19, 41:14, 42:14, 48:13
   **kind** [4] - 3:12, 9:22, 14:20, 32:24
   **kitten** [1] - 42:17, 42:19
   **knowledge** [3] - 9:25, 10:1, 51:10

## L

   **Lake** [10] - 6:22, 8:6, 8:12, 8:15, 17:4, 17:7, 20:13, 22:12, 33:10, 51:21
   **large** [1] - 9:5
   **last** [14] - 2:15, 7:23, 23:20, 27:2, 27:3, 30:25, 31:1, 36:10, 38:11, 39:21, 41:20, 47:8, 47:19, 50:1
   **Late** [1] - 15:5
   **late** [5] - 15:25, 19:7, 44:18, 46:20
   **leading** [1] - 33:15
   **learn** [2] - 20:19, 45:13
   **learned** [3] - 21:1, 21:19, 51:6
   **learning** [1] - 33:3
   **leaving** [1] - 45:16
   **left** [5] - 9:5, 19:3, 40:17, 45:2, 45:4
   **letting** [1] - 46:14

   **Lewiston** [1] - 52:5
   **life** [1] - 28:11
   **limited** [1] - 49:19
   **listened** [2] - 23:22, 38:1
   **litem** [1] - 50:1
   **live** [4] - 2:22, 2:23, 2:25, 32:7
   **lived** [2] - 10:24
   **look** [3] - 11:22, 27:20, 34:11
   **Look** [1] - 11:22
   **looked** [1] - 27:4
   **looking** [4] - 22:10, 33:9, 33:10, 33:12
   **loud** [1] - 11:23
   **loved** [1] - 6:4

## M

   **ma'am** [2] - 2:5, 24:23
   **MAINE** [1] - 1:2
   **Maine** [3] - 1:15, 2:24, 52:22
   **man** [5] - 40:13, 41:12, 43:12, 44:12, 48:7
   **manual** [1] - 1:24
   **marked** [2] - 11:13, 11:18
   **matter** [2] - 1:13, 52:24
   **mean** [4] - 14:14, 19:11, 47:21, 49:5
   **meant** [1] - 35:13
   **medication** [5] - 4:13, 4:16, 4:21, 30:16, 30:21
   **medications** [3] - 30:24, 31:2, 31:4
   **meet** [6] - 6:3, 6:7, 31:18, 31:19, 39:5, 40:7
   **meeting** [8] - 41:4, 41:5, 41:6, 41:7, 47:7, 49:25, 52:7, 52:10
   **meetings** [1] - 28:7
   **memory** [6] - 12:19, 23:4, 29:19, 29:22, 39:19
   **mental** [4] - 25:19, 25:20, 26:5, 29:9
   **mention** [4] - 9:13, 16:10, 34:2, 41:9
   **mentioned** [2] - 19:15, 39:9
   **Merit** [1] - 52:20
   **message** [1] - 19:6

**met** [6] - 19:20, 31:13, 39:2, 39:22, 47:5, 50:2
**microphone** [2] - 2:14, 5:16
**mid** [2] - 11:4
**mid-month** [1] - 11:4
**mid-summer** [1] - 11:4
**Middle** [1] - 5:23
**middle** [1] - 6:5
**might** [3] - 11:8, 25:17, 34:22
**mind** [1] - 13:2
**minute** [1] - 46:19
**minutes** [5] - 8:3, 24:16, 34:16, 40:10, 42:25
**misdemeanor** [1] - 5:3
**molested** [1] - 26:20
**moment** [3] - 21:7, 22:14, 23:1
**money** [5] - 9:6, 9:7, 10:7, 10:8, 10:9
**month** [4] - 11:4, 12:11, 12:12
**monthly** [1] - 4:15
**months** [4] - 30:25, 31:1, 38:11, 50:2
**morning** [14] - 10:21, 13:24, 16:2, 18:22, 19:7, 21:25, 22:24, 24:15, 24:23, 40:2, 44:19, 44:20, 44:24, 45:18
**Mortimer** [13] - 1:8, 2:3, 2:17, 2:22, 3:7, 3:13, 5:18, 11:18, 12:13, 13:23, 21:17, 24:11, 51:5
**MORTIMER** [1] - 2:17
**mostly** [2] - 5:19, 16:9
**Mostly** [1] - 7:9
**mother** [2] - 27:23, 47:23
**Moulton** [2] - 47:5, 52:7
**MR** [31] - 2:2, 2:19, 2:21, 11:15, 11:17, 13:4, 13:9, 13:14, 13:17, 13:19, 13:22, 17:13, 21:5, 21:8, 21:11, 21:13, 21:16, 22:25, 23:2, 23:7, 23:12, 24:11, 24:14, 24:20, 24:22, 43:15, 50:24, 51:2, 51:4,

52:14, 52:17
**music** [4] - 6:12, 9:24, 31:15, 31:24
**must** [4] - 44:11, 44:14, 48:7

# N

**name** [6] - 2:15, 36:2, 36:7, 36:10
**need** [2] - 13:20, 28:18
**needed** [2] - 27:19, 32:6
**never** [7] - 19:15, 29:21, 39:2, 39:9, 39:16, 47:14, 49:10
**New** [2] - 37:12, 40:24
**new** [1] - 49:10
**next** [7] - 6:12, 17:24, 37:13, 37:16, 45:17, 52:12
**night** [5] - 37:18, 37:19, 38:17, 46:20, 50:18
**none** [1] - 14:4
**nothing** [8] - 2:11, 9:14, 22:11, 29:25, 30:2, 34:2, 35:4, 50:24
**notice** [1] - 1:13
**number** [4] - 8:17, 8:20, 23:25, 39:8

# O

**o'clock** [1] - 16:2
**Objection** [2] - 21:5, 22:25
**objection** [2] - 21:10, 21:11
**obviously** [1] - 19:20
**occasion** [1] - 6:2
**OF** [3] - 1:2, 1:4, 52:18
**Office** [1] - 39:21
**office** [1] - 22:20
**Officer** [3] - 24:7, 46:22, 50:1
**officers** [1] - 48:6
**Official** [3] - 1:23, 52:21, 53:2
**often** [1] - 31:11
**old** [2] - 3:6
**oldest** [1] - 3:5
**once** [1] - 17:5
**Once** [2] - 18:11,

31:12
**one** [13] - 6:10, 21:3, 27:15, 28:16, 30:22, 32:19, 39:4, 42:5, 44:7, 45:11, 47:7
**one-on-one** [2] - 6:10, 39:4
**open** [2] - 15:25, 44:1
**opportunity** [1] - 8:15
**organizing** [1] - 41:18
**outstanding** [1] - 22:9
**Overruled** [1] - 23:11
**own** [2] - 12:15, 38:2

# P

**pages** [1] - 12:15
**panic** [2] - 16:1, 30:13
**Panic** [2] - 4:17, 4:18
**parent** [2] - 3:7, 26:22
**parents** [1] - 9:5
**park** [4] - 43:25, 44:4, 51:22, 51:24
**Park** [1] - 5:24, 6:3, 22:12
**part** [1] - 23:20
**participate** [1] - 6:13
**particular** [2] - 32:5, 35:21
**passed** [1] - 9:5
**past** [2] - 13:6, 34:10
**pay** [1] - 5:8
**people** [11] - 22:10, 23:25, 38:5, 38:7, 39:7, 40:12, 42:4, 42:8, 42:10, 49:7, 50:2
**perceive** [1] - 4:22
**perfectly** [1] - 49:14
**persistent** [1] - 22:7
**person** [2] - 7:8, 47:8
**personal** [1] - 47:17
**personally** [3] - 6:7, 7:17, 12:23
**phone** [18] - 7:9, 7:19, 7:21, 8:8, 8:23, 15:15, 15:17, 16:20, 19:11, 19:15, 19:16, 22:4, 23:17, 23:23, 24:6, 41:2, 41:15, 45:11
**pick** [2] - 5:16, 10:20
**picked** [2] - 14:8,

18:9
**piece** [1] - 48:19
**place** [12] - 3:19, 4:2, 4:6, 7:13, 11:2, 21:1, 21:18, 21:24, 22:15, 23:14, 41:19, 52:1
**Plaintiff** [1] - 1:5
**plan** [1] - 17:20
**planned** [1] - 17:6
**planner** [3] - 11:9, 11:21, 12:21
**plaza** [2] - 7:14, 7:15
**pleaded** [1] - 5:2
**point** [19] - 3:24, 9:1, 10:9, 10:23, 11:1, 12:17, 13:4, 14:10, 14:25, 16:6, 16:12, 19:13, 19:23, 20:19, 20:22, 24:8, 34:5, 40:15
**Police** [1] - 52:8
**police** [6] - 22:21, 24:2, 24:3, 24:5, 49:1, 49:8
**Portland** [1] - 1:15, 47:2
**position** [1] - 32:6
**positive** [1] - 41:2
**Possibilities** [3] - 36:19, 36:21, 36:22
**possibility** [3] - 9:19, 16:23, 17:4
**Poulin** [3] - 24:7, 46:22, 50:1
**predator** [1] - 50:16
**prefer** [1] - 35:14
**preparation** [1] - 50:3
**Prepared** [1] - 1:24
**prescribed** [1] - 4:19
**prescription** [1] - 4:13
**Pretty** [1] - 38:20
**pretty** [4] - 5:12, 22:7, 40:19, 48:7
**previously** [1] - 19:21
**printed** [1] - 12:14
**problems** [4] - 29:22, 32:17, 45:22, 46:1
**proceedings** [1] - 52:23
**Proceedings** [1] - 1:11
**program** [1] - 25:7, 47:2
**proposing** [1] - 10:12
**Protecting** [1] - 48:2
**providers** [2] -

25:19, 25:20
**pull** [1] - 2:14
**punishment** [1] - 5:10
**Pursuant** [1] - 1:13
**pursue** [1] - 13:21
**put** [7] - 12:8, 13:23, 32:5, 38:22, 38:23, 45:12, 48:11

# Q

**questioned** [1] - 22:6
**questions** [6] - 3:18, 5:18, 12:1, 16:9, 17:14, 28:13
**quick** [1] - 31:21
**quickly** [1] - 19:3
**quite** [2] - 9:1, 26:17
**Quite** [2] - 4:3, 8:25

# R

**rail** [1] - 2:4
**raise** [1] - 2:8
**raised** [1] - 9:19
**range** [1] - 3:4
**RAYMOND** [1] - 1:9
**Raymond** [47] - 6:3, 6:7, 7:6, 7:18, 8:5, 8:23, 10:24, 16:11, 16:15, 16:25, 19:13, 19:24, 20:4, 20:14, 20:19, 21:22, 22:17, 23:17, 27:3, 31:13, 31:14, 32:5, 32:15, 33:25, 35:8, 37:12, 37:21, 39:3, 39:9, 39:18, 39:22, 40:23, 41:8, 41:16, 41:18, 42:4, 42:11, 42:14, 43:24, 47:15, 48:3, 48:7, 48:25, 51:6, 51:11, 51:22, 52:11
**Raymond's** [2] - 21:1, 21:19
**reacted** [3] - 42:22, 43:12
**read** [1] - 13:5
**reading** [2] - 11:23, 28:16
**realize** [1] - 47:25
**realized** [1] - 47:24
**really** [2] - 11:25, 19:7
**reason** [1] - 25:9
**receive** [2] - 8:8, 28:1
**received** [2] - 24:6,

45:11
**recently** [2] - 41:3, 41:4
**recess** [2] - 24:12, 24:15
**RECESS** [1] - 24:17
**recognize** [1] - 11:20
**recollect** [1] - 4:3
**recollection** [4] - 11:9, 12:3, 12:15, 13:6
**recommendation** [1] - 25:21
**Recommended** [2] - 25:13, 25:15
**record** [2] - 2:16, 52:23
**recorded** [1] - 13:6
**recovering** [1] - 3:16
**Redirect** [1] - 50:25
**REDIRECT** [1] - 51:3
**referred** [1] - 24:23
**refresh** [3] - 11:8, 12:3, 23:3
**Registered** [1] - 52:20
**regular** [1] - 28:7
**relapse** [1] - 3:24
**remain** [1] - 2:6
**remember** [20] - 6:22, 15:24, 22:18, 25:4, 25:6, 28:16, 31:6, 31:23, 37:4, 40:10, 40:13, 40:17, 40:22, 41:3, 43:24, 47:6, 47:7, 49:22, 49:25, 51:7
**repeat** [1] - 25:1
**repeated** [1] - 23:19
**report** [1] - 46:19
**reported** [2] - 32:17, 47:15
**reporter** [1] - 5:15
**Reporter** [4] - 1:23, 52:20, 52:21, 53:2
**reports** [1] - 30:6
**repulsed** [1] - 40:19
**resolve** [1] - 51:19
**resolved** [1] - 51:10
**respond** [1] - 12:2
**restitution** [1] - 5:8
**result** [3] - 4:9, 5:10, 26:5
**returned** [1] - 16:3
**returning** [1] - 15:8
**Richard** [1] - 1:19
**rid** [1] - 40:18
**ride** [2] - 33:24, 35:9
**rides** [3] - 16:10, 16:11, 46:6

**rings** [1] - 41:15
**Risperdal** [1] - 31:7
**run** [3] - 39:18, 41:10, 41:11
**run-in** [2] - 41:10, 41:11
**running** [2] - 14:18, 41:8

## S

**safe** [2] - 18:6, 49:14
**saw** [3] - 7:10, 30:5, 38:7
**scared** [2] - 30:7, 30:9
**schedule** [1] - 28:7
**school** [17] - 5:22, 5:25, 7:4, 12:12, 24:1, 29:22, 31:17, 32:10, 32:13, 32:21, 33:3, 38:5, 38:10, 38:11, 49:2, 51:22, 52:12
**seated** [1] - 2:13
**second** [7] - 16:23, 17:4, 18:10, 18:14, 20:13, 44:13, 46:15
**see** [9] - 4:15, 4:22, 10:14, 30:10, 31:11, 38:5, 43:6, 48:12, 49:7
**seeing** [5] - 29:13, 31:9, 34:4, 34:7, 41:12
**seem** [3] - 10:17, 15:20, 51:18
**selected** [1] - 9:6
**send** [1] - 25:12
**sending** [1] - 25:6
**sense** [3] - 8:1, 8:22, 49:23
**sent** [1] - 25:3
**services** [1] - 28:1
**set** [1] - 43:16
**sexual** [7] - 27:4, 28:23, 29:25, 30:2, 49:9, 49:17, 49:18
**sexually** [3] - 26:20, 34:12, 34:18
**shake** [1] - 31:21
**Shall** [1] - 24:12
**share** [1] - 47:22
**shield** [2] - 50:12, 50:13
**show** [2] - 11:13, 28:18
**single** [2] - 3:7, 26:22
**sister** [1] - 48:2

**sit** [2] - 27:19, 52:12
**skipping** [1] - 6:24
**sleep** [1] - 48:3
**sleeping** [1] - 19:12
**small** [2] - 14:16, 42:3
**solemnly** [1] - 2:9
**someone** [4] - 26:20, 39:20, 49:11, 50:15
**sorry** [15] - 3:22, 7:12, 19:8, 21:8, 23:20, 25:14, 27:7, 30:1, 30:8, 30:18, 36:5, 36:20, 39:13, 42:18, 49:23
**Sorry** [1] - 13:19
**sort** [4] - 6:11, 11:9, 42:17, 42:18
**sound** [2] - 4:5, 4:6
**span** [1] - 10:5
**speaking** [1] - 23:16
**speaks** [1] - 7:24
**Special** [1] - 52:7
**specific** [1] - 11:6
**specifics** [2] - 16:4, 33:2
**speed** [1] - 38:2
**spell** [2] - 2:15, 36:7
**spending** [1] - 33:6
**spring** [2] - 32:1, 33:8
**Spurwink** [9] - 25:7, 25:12, 26:3, 27:15, 29:6, 34:13, 46:24, 46:25, 47:2
**stand** [1] - 2:3
**standing** [1] - 2:6
**started** [2] - 6:4, 30:14
**State** [1] - 2:15
**statement** [7] - 17:11, 22:16, 22:19, 22:23, 23:9, 23:13, 24:9
**STATES** [2] - 1:1, 1:4
**States** [4] - 1:14, 1:14, 1:18, 52:21
**stating** [1] - 45:11
**stay** [3] - 15:25, 44:1, 44:4
**stayed** [2] - 5:12, 48:4
**stenography** [1] - 1:24
**stick** [1] - 12:18
**still** [2] - 10:25, 49:20
**Street** [2] - 1:15, 36:23
**stricken** [1] - 21:15
**struggling** [1] -

29:19
**student** [1] - 9:24
**students** [2] - 9:15, 49:14
**summer** [9] - 7:5, 8:24, 11:3, 11:4, 11:5, 20:15, 31:8, 46:14
**supervised** [1] - 42:5
**supervising** [1] - 14:16
**supervision** [4] - 9:9, 18:15, 49:3, 49:15
**suppose** [1] - 42:3
**supposed** [12] - 4:19, 14:15, 18:15, 18:16, 20:7, 42:2, 42:4, 42:5, 43:18, 45:8, 46:18, 49:3
**suspicious** [1] - 8:25
**swear** [1] - 2:9
**swears** [1] - 2:7

## T

**Taylor** [3] - 20:23, 20:25, 21:18
**teacher** [10] - 32:11, 35:8, 35:19, 36:1, 37:2, 37:6, 38:14, 38:18, 39:2, 39:5
**teachers** [2] - 32:16, 32:17
**telephone** [1] - 8:17
**terms** [2] - 3:10, 28:22
**testified** [3] - 23:5, 39:17, 43:22
**testify** [1] - 50:15
**testimony** [1] - 2:9
**THE** [27] - 1:13, 2:1, 2:4, 2:8, 2:12, 2:13, 2:17, 2:18, 11:16, 13:7, 13:12, 13:15, 13:18, 17:12, 21:7, 21:9, 21:14, 23:1, 23:6, 23:11, 24:12, 24:15, 24:18, 43:14, 50:22, 50:25, 52:15
**theft** [1] - 5:3
**thinking** [1] - 23:17
**three** [4] - 10:15, 28:2, 38:11, 45:10
**Three** [2] - 3:3, 26:11
**today** [4] - 3:18, 5:19, 39:17, 40:2
**together** [1] - 17:6
**took** [8] - 3:19, 11:2, 22:15, 23:14, 26:3, 35:1, 40:10

**touch** [1] - 48:5
**touched** [2] - 48:8, 48:24
**Toward** [1] - 6:5
**town** [1] - 2:22
**track** [1] - 28:10
**transcript** [1] - 52:23
**Transcript** [1] - 1:11
**transcription** [1] - 1:25
**Trazodone** [1] - 31:7
**treated** [1] - 49:5
**treatment** [1] - 4:9
**TRIAL** [1] - 1:13
**trial** [1] - 50:3
**tried** [1] - 37:24
**trip** [60] - 6:19, 6:21, 6:25, 7:2, 8:5, 9:21, 11:2, 12:3, 12:9, 13:24, 13:25, 16:16, 16:23, 17:4, 17:6, 17:16, 18:10, 18:14, 19:10, 20:13, 33:8, 33:12, 33:13, 33:18, 34:2, 35:7, 37:6, 37:13, 37:14, 37:16, 38:17, 41:3, 41:13, 41:18, 42:8, 42:11, 43:2, 43:17, 43:18, 43:19, 44:8, 44:14, 44:15, 45:1, 45:7, 45:10, 45:18, 45:22, 46:9, 46:10, 46:11, 46:15, 46:21, 47:16, 48:24, 49:12, 50:19, 51:23, 52:12
**trips** [3] - 9:20, 12:24, 22:12
**trouble** [3] - 3:14, 5:12, 29:21
**true** [1] - 27:20
**truly** [1] - 45:12
**trusted** [1] - 42:16
**truth** [7] - 2:10, 2:11, 48:22, 50:5, 50:7, 50:8
**truthful** [1] - 48:16
**try** [1] - 5:15
**trying** [2] - 39:12, 39:14
**turned** [2] - 34:20, 35:4
**Twice** [1] - 16:17
**two** [7] - 3:3, 10:5, 14:16, 26:11, 40:4, 42:2, 45:10
**Two** [1] - 16:19
**two-year** [1] - 10:5

## U

**ugh** [1] - 40:18
**uncomfortable** [11] - 33:25, 34:1, 35:9, 35:13, 38:21, 40:15, 41:20, 42:9, 42:15, 47:16, 48:25
**under** [3] - 5:5, 14:7, 49:3
**understood** [1] - 42:13
**UNITED** [2] - 1:1, 1:4
**United** [4] - 1:14, 1:18, 52:21
**unusual** [1] - 32:10
**up** [12] - 2:6, 2:14, 5:16, 10:20, 14:8, 18:9, 22:10, 33:15, 40:20, 43:16, 46:14, 46:19
**upset** [7] - 17:7, 32:11, 37:10, 37:17, 37:19, 38:25, 40:15
**US** [1] - 39:20

## V

**vehicle** [1] - 15:17
**versus** [1] - 1:7
**violent** [3] - 29:15, 29:16, 30:12
**voices** [3] - 29:11, 29:15, 30:13

## W

**Wait** [2] - 50:22
**wait** [2] - 17:12, 50:22
**waited** [1] - 44:18
**waiting** [1] - 45:7
**week** [2] - 31:12, 47:1
**weeks** [2] - 40:8, 42:9
**whatsoever** [2] - 6:6, 30:2
**white** [1] - 50:9
**whole** [3] - 2:10, 32:9, 49:2
**willing** [1] - 47:22
**withdrawing** [1] - 21:9
**WITNESS** [2] - 2:12, 2:17
**Wolff** [5] - 1:18, 2:18, 27:25, 39:20, 51:1

**WOLFF** [19] - 2:2, 2:19, 2:21, 11:15, 11:17, 13:4, 13:9, 13:19, 13:22, 17:13, 21:8, 21:13, 21:16, 23:7, 23:12, 24:11, 51:2, 51:4, 52:14
**words** [2] - 43:5, 43:9
**worker** [4] - 3:12, 28:1, 28:19, 28:21
**workers** [8] - 25:15, 25:16, 27:17, 27:18, 28:2, 28:7, 34:4, 34:22
**worried** [1] - 16:7
**wound** [1] - 46:14
**write** [2] - 12:23, 13:1
**written** [3] - 22:16, 23:13, 24:9
**wrote** [1] - 12:20

## Y

**year** [13] - 3:6, 6:5, 6:6, 6:8, 6:15, 6:18, 7:4, 10:5, 17:5, 31:17, 34:10, 35:6, 35:18
**years** [4] - 3:6, 4:3, 29:8, 47:9
**yesterday** [1] - 39:25
**young** [1] - 49:11
**youngest** [1] - 3:5
**yourself** [2] - 2:14, 11:23
**Yup** [2] - 44:25, 47:13

## Z

**zero** [1] - 9:6